UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BENJAMIN GARCIA HERNANDEZ,** *Petitioner,* <br><br> v. <br><br> **KRISTI NOEM, ET AL.,** *Respondents* | § § § § § § § § § <br> No. 1:25-cv-01621-ADA-DH |

### SERVICE ORDER

Before the Court is Petitioner Benjamin Garcia Hernandez's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. 1. Hernandez paid the required filing fee. *Id.* In his Petition, Hernandez challenges his continued detention. *See id.* Hernandez also filed a motion for a preliminary injunction, seeking his immediate release from detention and protection from future detention. Dkt. 2. After consideration, the Court orders Respondents to file a responsive pleading.

The Court **ORDERS** that:

1. The Clerk of Court shall furnish the Office of the United States Attorney in Austin, Texas with copies of the Petition for Writ of Habeas Corpus, Dkt. 1, and this Order, and that such delivery by certified mail return receipt requested will constitute sufficient service of process on Respondents Kristi Noem, Pamela Bondi, Michael Vergara, the Department of Homeland Security, Immigration and Customs Enforcement, and the Executive Office of Immigration Review.

2. The Clerk of Court shall serve Respondent Charlotte Collins, Warden of the T. Don Hutto Detention Center, with copies of the Petition for Writ of Habeas Corpus, Dkt. 1, and this Order, and such delivery by certified mail return receipt requested will constitute sufficient service of process.

The Court **FURTHER ORDERS** that Respondents shall file a response to Hernandez's motion for a preliminary injunction within 7 days from the date of service.

The Court **FINALLY ORDERS** that Respondents shall file an answer or otherwise respond to the Petition for Writ of Habeas Corpus within 30 days from the date of service.

**SIGNED** October 16, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE