IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BENJAMIN GARCIA HERNANDEZ,**<br>*Petitioner*<br><br>v.<br><br>**KRISTI NOEM,** *in her capacity as*<br>*Secretary of the Department of Homeland*<br>*Security, et al.*;<br>*Respondents.* | § § § § § § § § § § §  **CASE NO. 1:25-CV-01621-ADA-DH** |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell (Dkt. 14). The report recommends that this Court DENY Petitioner Benjamin Garcia Hernandez's Motion for a Preliminary Injunction (Dkt. 2) without prejudice. Dkt. 14 at 1, 7. The report was filed on November 13, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 14) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner Benjamin Garcia Hernandez's Motion for a Preliminary Injunction (Dkt. 2) is hereby DENIED WITHOUT PREJUDICE.

**SIGNED** this 19th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE